**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Kevin DeVillion,**

**Plaintiff,**

**v.**

**Frank R. Milczark, et al.**

**Defendants.**

**CIVIL FILE NO. 01-617 DWF/SRN**

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: April 11, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

Filed APR 12 2001
Francis E. Dosal, Clerk
Judgment Entered ___________
Deputy Clerk's Initials ___________