# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kvin DeVillion

Plaintiff

v.

Frank R. Milczark, Rick Harry,
Anita Schlank, Joanne Fairfield,
Tom Lundquist and John Mandernach

Defendants

Case No. Civil 01-617 DWF/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate Judge Susan Richard Nelson's Report and Recommendation dated 11/7/01 is adopted. Defendants' motion to dismiss is granted. Plaintiff's claims based on alleged violations of his federal constitutional rights are dismissed with prejudice and Plaintiff's claims based on state law are dismissed without prejudice. Plaintiff's motion for appointment of counsel is denied. Plaintiff's motion for default judgment is denied. Plaintiff's two motions asking the court to deny Defendants' motion to dismiss are denied. This action is dismissed.

DATE: December 21, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk